IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : Case No. CR-2-07-223(1) |
| vs. | : JUDGE MARBLEY |
| ROBERT H. SHULL, | : |
| Defendant. | : |

## ORDER

Upon the motion of defendant and for good cause shown it is ordered that the Clerk issue subpoenas to compel the attendance of Robert Koenig and Douglas Eckhart on January 14, 2008, at the expense of the government. These subpoena's shall be served by AFPDs, Gordon G. Hobson or Alan Pfeuffer.

It is so ordered

_____
Judge